Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WENDY KNOX and RICHARD DOTSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATED DEPARTMENT )<br>OF THE INTERIOR, and KENNETH LEE )<br>SALAZAR, Secretary of the Interior, )<br>Defendants. )<br>) | Case No. CV09-00162-E-BLW<br><br><br><br>MOTION FOR EXTENSION |

PLAINTIFFS, by and through counsel of record, hereby request an extension to respond to defendants' motion for reconsideration and for summary judgment (Dkt. #51), on or before April 8, 2011, that the Defendants receive a corresponding extension to submit their reply brief on or before May 6, 2011, and that the Court's Case Management Order (Dkt. #49) be amended accordingly. Counsel for the defendants, Samantha Klein Frank has consented to this request. This motion is further based upon the fact that the "mootness" issue raised in the defendants' motion is entirely new and requires substantial legal research for a meaningful response.

1 -     MOTION FOR EXTENSION

RESPECTFULLY REQUESTED this 4th day of April, 2011.

                                THOMSEN STEPHENS LAW OFFICES, PLLC

                                By:   /s/_____
                                      T. Jason Wood, attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 4, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Tyler Bair: | tyler.bair@usdoj.gov |
| Samantha Klein Frank: | samantha.frank@usdoj.gov |
| Curt R. Thomsen: | cthomsen@custertel.net |

THOMSEN STEPHENS LAW OFFICES, PLLC

By: /s/ _____
   T. Jason Wood, attorney for Plaintiffs

J:\data\CRT\6085-001\Pleadings\026 Mot Ext.wpd