Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WENDY KNOX and RICHARD DOTSON,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATED DEPARTMENT OF THE INTERIOR, and KENNETH LEE SALAZAR, Secretary of the Interior,<br><br>    Defendants. | Case No. CV09-00162-E-BLW<br><br>MOTION FOR ORDER COMMANDING ATTENDANCE AT DEPOSITIONS |

    PLAINTIFF hereby moves for the Court's Order commanding Lionel Boyer, Marvin Osborne, and Nathan Small, the Chairman and Executive Director of the Shoshone Bannock Tribes Gaming Commission and Chairman of the Fort Hall Business Council, respectively, to attend depositions in the above matter, for the reasons set forth in the Declaration of Counsel filed herewith.

Oral argument is requested.

DATED this 25th day of October, 2011.

                                          THOMSEN STEPHENS LAW OFFICES, PLLC

                                      By:   /s/_____
                                                 T. Jason Wood, attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Tyler Bair: | tyler.bair@usdoj.gov |
| Samantha Klein Frank: | samantha.frank@usdoj.gov |
| William F. Bacon: | billbacon@hotmail.com |
| Scott D. Crowell: | scottcrowell@hotmail.com |
| Curt R. Thomsen: | cthomsen@custertel.net |

THOMSEN STEPHENS LAW OFFICES, PLLC

By:  /s/
     T. Jason Wood, attorney for Plaintiffs

J:\data\TJW\6085-001\Pleadings\043 Mot Attend Depos.wpd

3 -   MOTION FOR ORDER COMMANDING ATTENDANCE AT DEPOSITIONS