Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WENDY KNOX and RICHARD DOTSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATED DEPARTMENT )<br>OF THE INTERIOR, and KENNETH LEE )<br>SALAZAR, Secretary of the Interior, )<br>)<br>Defendants. )<br>) | Case No. CV09-00162-E-BLW<br><br>MOTION FOR EXTENSION OF TIME<br>TO COMPLETE DISCOVERY |

PLAINTIFF hereby moves for the Court's Order extending the 45-day discovery cut-off date set forth in its Memorandum Decision and Order (Doc. 77) in order to allow the Court time to consider and rule upon Plaintiff's Motion for Order Commanding Attendance at Depositions (Doc. 80), and for the reasons set forth in such motion and declaration of counsel in support. (Doc. 81).

1 -   MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

DATED this 25th day of October, 2011.

                                                               THOMSEN STEPHENS LAW OFFICES, PLLC

                                                            By:   /s/_____
                                                                         T. Jason Wood, attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 25, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Tyler Bair: | tyler.bair@usdoj.gov |
| Samantha Klein Frank: | samantha.frank@usdoj.gov |
| William F. Bacon: | billbacon@hotmail.com |
| Scott D. Crowell: | scottcrowell@hotmail.com |
| Curt R. Thomsen: | cthomsen@custertel.net |

THOMSEN STEPHENS LAW OFFICES, PLLC

By:   /s/
     T. Jason Wood, attorney for Plaintiffs

J:\data\TJW\6085-001\Pleadings\045 Mot Exten Disc.wpd

3 -   MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY